People v Tartt (2025 NY Slip Op 06825)

People v Tartt

2025 NY Slip Op 06825

Decided on December 09, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 09, 2025

Before: Moulton, J.P., Kapnick, Mendez, Shulman, Hagler, JJ. 

Ind No. 1913/18|Appeal No. 5297|Case No. 2020-01314|

[*1]The People of the State of New York, Respondent,
v
Jeffrey Tartt, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Graham Ball of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Steven J. Hornstein, J.), rendered January 7, 2020, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of five years of probation, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees
imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 9, 2025